IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:13-PO-079 |
| | ) | |
| LARRY R. SWAIN | ) | |
| | ) | |

## ORDER TERMINATING PROBATION

The above named defendant was placed on Probation on **9/2/2015** for a period of **3** years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 15th day of Feb, 2018

Sharon L. Ovington
United States Magistrate Judge